# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 10, 2021

## NO. 03-21-00274-CV

**J. M., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment signed by the trial court on July 6, 2021. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.